# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147657 & (7)(10)

MICHAEL PARTRICH and DEBRA
PARTRICH BLACK,
          Plaintiffs,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

SC: 147657
AGC: 0379-12; 0380-12

_____/

By order of February 5, 2014, the Attorney Grievance Commission was directed to provide a supplemental response in support of its decision to close AGC File No. 0379-12. On order of the Court, the response having been received, the complaint for superintending control is again considered, and relief is DENIED, because we are not persuaded that it should grant the requested relief. The motion to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

s0421